THOMAS DE YBARRA et al., Copartners under the Name of HIJOS DE YBARRA, Respondents, v. GEORGE MOS-CAHLADES et al., Copartners under the Name of Mos-CAHLADES BROS., Appellants.

*Appeal — reversal by Appellate Division upon law and facts and grant of new trial — appeal to Court of Appeals withdrawn.*

*De Ybarra* v. *Moscahlades*, 206 App. Div. 753, appeal withdrawn.
(Submitted November 26, 1923; decided December 27, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 29, 1923, reversing a judgment in favor of defendants entered upon a verdict and granting a new trial.

*Vincent P. Donihee* and *Walter F. Welch* for appellants.

*Anthony J. Ernest* and *Daniel E. Hanlon* for respondents.

Appeal withdrawn on payment of costs.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.